## UNITED STATES of America, Appellant, v. Alvan Harry KRATZ.

### No. 14410.

United States Court of Appeals
Eighth Circuit.

Aug. 28, 1951.

Joseph T. Votava, U.S. Atty., Edward J. Tangney, Asst. U.S. Atty. and John E. Deming, Asst. U.S. Atty., all of Omaha, Neb., for appellant.

PER CURIAM.

Appeal from District Court, 97 F.Supp. 999, dismissed without costs, on motion of appellant.

## FIRST STATE BANK OF CHARITON, IOWA, a corporation, Appellant, v. CITIZENS STATE BANK OF THEDFORD, NEBRASKA, a corporation, et al.

### No. 14386.

United States Court of Appeals
Eighth Circuit.

Aug. 28, 1951.

See also 10 F.R.D. 424.

G. C. Stuart, W. C. Stuart, Chariton, Iowa and Franklin L. Pierce, Grand Island, Neb., for appellant.

Ivan D. Evans, John H. Evans, Broken Bow, Neb., James C. Quigley and Lynn E. Heth, Valentine, Neb., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellant.

## VESS DRY COMPANY OF OHIO, a corporation of Ohio, et al., Appellants, v. PEPSI-COLA BOTTLERS OF ST. LOUIS.

### No. 14187.

United States Court of Appeals
Eighth Circuit.

Aug. 14, 1951.

Lawrence C. Kingsland, Edmund C. Rogers, Joseph J. Gravely and Harry W. Kroeger, all of St. Louis, Mo., for appellants.

James M. Douglas, George C. Dyer, St. Louis, Mo., Benjamin Algase and Milton Handler, New York City, for appellee.

Appeal from District Court dismissed without taxation of costs in favor of either of parties in this Court, on stipulation of parties.